1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  RAYMELL EASON,                                    No. 2:16-cv-0306 CKD P
12                 Plaintiff,
13         v.                                         ORDER
14  WAL-MART CORPORATION,
15                 Defendant.
16

17         Plaintiff , a federal prisoner proceeding pro se, asserts diversity jurisdiction pursuant to 28
18  U.S.C. § 1332.  Plaintiff is housed at the United States Penitentiary, Lompoc, in Santa Barbara
19  County.  Defendant Wal-Mart is headquartered in Bentonville, Arkansas.  Plaintiff alleges that, in
20  2012, an armed security guard employed by Wal-Mart shot and injured plaintiff after plaintiff
21  attempted an armed robbery in a Wal-Mart parking lot in Sacramento.  Plaintiff names the Wal-
22  Mart Corporation as the sole defendant.
23         The federal venue statute provides that a civil action "may be brought in (1) a judicial
24  district in which any defendant resides, if all defendants are residents of the State in which the
25  district is located, (2) a judicial district in which a substantial part of the events or omissions
26  giving rise to the claim occurred, or a substantial part of property that is the subject of the action
27  is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
28  this action, any judicial district in which any defendant is subject to the court's personal

1  jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

2      Venue of this action is technically appropriate in the Eastern District of California because the event giving rise to plaintiff's claim occurred in Sacramento. Nevertheless, the court is transferring this action to Western District of Arkansas pursuant to 28 U.S.C. § 1404(a) in the interests of justice because the sole defendant is headquartered in that district, and because plaintiff does not reside in the Eastern District of California.

    IT IS THEREFORE ORDERED that this action is transferred to the Western District of Arkansas.

Dated: February 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / easo0306.21

2